# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-09-00279-CV

**In the Matter of A.W.**

### FROM THE COUNTY COURT AT LAW NO. 1 OF BELL COUNTY
### NO. 63,487, HONORABLE EDWARD S. JOHNSON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant A.W. filed his notice of appeal May 1, 2009, and his brief with this Court on February 10, 2010. Appellant raised one issue in his brief which related to the trial court's order that he pay court costs. Appellee the State of Texas and appellant have notified this Court that appellant's issue is moot because they submitted an agreed motion to the trial court requesting that the previously ordered court costs be waived and the trial court granted the motion. Given the trial court's order waiving the previously ordered court costs, the parties have filed an agreed motion to dismiss the appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Jan P. Patterson, Justice

Before Justices Patterson, Puryear and Henson

Dismissed on Agreed Motion

Filed: May 18, 2010